**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SHIPPING and TRANSIT, LLC,

Plaintiff,

**Case No. 16-CV-80191**

vs.

CJ PONY PARTS, INC.,

Defendant.
_________________________________/

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shipping and Transit, LLC, hereby voluntarily dismisses this action and all claims asserted therein with prejudice, with each party to bear its own costs and attorneys' fees. This Notice is being filed before Defendant has served an answer or other response to the Complaint.

Dated: April 20, 2016

s/Jason P. Dollard
JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day, via email on the counsel listed below.

Shawn K. Leppo, Esq.
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101
(717) 237-5218- Telephone
(717) 260-1718- Facsimile
email: SLeppo@mwn.com
*Attorney for Defendant CJ Pony Parts, Inc.*